# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                      :    Case No:    05-59861
MIA YVETTE SHADE

                                            :    Chapter 13

                                            :    Judge:      John E. Hoffman Jr.


## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS


Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.




Dated:  March 24, 2011                      /s/ Frank M. Pees
                                            _____
                                            Frank M. Pees
                                            Chapter 13 Trustee




| Name and Address | Amount |
| --- | --- |
| WISH HOLDINGS LLC | 81.58 |
| 2801 FINLEY RD #220 | |
| DOWNERS GROVE, IL  60515 | |